IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 2:11-CV-0077-RWS |
| v. | ) ) | |
| THE BRINKMANN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff International Business Corporation ("IBC") and Defendant The Brinkmann Corporation ("Brinkmann") jointly, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal of all claims in this case, with prejudice, with each party to bear its own attorneys' fees and costs.  The parties respectfully request the Court to retain jurisdiction of this case solely for the purpose of enforcing the terms of the settlement agreement between the parties, to the extent necessary.

Respectfully submitted on this 22 day of May, 2012.

| | |
|---|---|
| /s/ Matthew P. Warenzak<br>Robert J. Veal<br>Georgia Bar No. 141695<br>rjveal@sgrlaw.com<br>Matthew P. Warenzak<br>mwarenzak@sgrlaw.com<br>Georgia Bar Bo. 624484<br>SMITH GAMBRELL & RUSSELL LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(404) 815-3500 (tel)<br>(404) 815-3509 (fax)<br>*Counsel for Plaintiff, International Business Corporation* | /s/Angela M. Spivey<br>Angela M. Spivey<br>Georgia Bar No. 672522<br>McGuireWoods LLP<br>1230 Peachtree Street, NE<br>Promenade II, Suite 2100<br>Atlanta, Georgia 30309-3534<br>(404) 443-5724 (Telephone)<br>(404) 443-5773 (Facsimile)<br>aspivey@mcguirewoods.com<br><br>*Attorneys for Defendant The Brinkmann Corporation* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE via the Court's CM/ECF system per Local rule CV-5(a)(3) on May 22, 2012.

I further certify that I prepared this document in 14 Point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Matthew P. Warenzak
Robert J. Veal
rjveal@sgrlaw.com
Georgia Bar Bo. 141695
Matthew P. Warenzak
mwarenzak@sgrlaw.com
Georgia Bar Bo. 624484
SMITH GAMBRELL & RUSSELL LLP
Promenade II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(404) 815-3500 (tel)
(404) 815-3509 (fax)